# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE DEMORE,** | ) Case No. **3:10-CV-03085-RS** |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **LAW OFFICES OF HARRIS AND ZIDE; and FREDERICK HANNA & ASSOCIATES, INC.,** | ) ) ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own expenses and costs.

Dated this 11th day of April, 2011.

_____

The Honorable Richard Seeborg